**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER FLORES**, <br><br> *Plaintiff,* <br><br> v. <br><br> **ADARE PHARMA SOLUTIONS, et al.**, <br><br> *Defendants.* | **Case No. 2:25-cv-06372-JDW** |

## ORDER

**AND NOW**, this 27th day of May, 2026, upon consideration of Defendants Adare Pharma Solutions And Frontida BioPharm Inc.'s Motion To Dismiss Plaintiff's Complaint (ECF No. 19), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to Ms. Flores's claims for violations of the ADA, PHRA, FLSA, and for wrongful termination in violation of public policy, as follows:

    a. Ms. Flores's claims under the ADA and the PHRA are **DISMISSED WITH PREJUDICE** because she cannot plead facts that would save those claims; and

    b. Ms. Flores's claims under the FLSA and for wrongful termination in violation of public policy are **DISMISSED WITHOUT PREJUDICE**; and

2. The Motion is **DENIED** with respect to Ms. Flores's claims for violations of

Title VII and breach of contract.

It is **FURTHER ORDERED** that, to the extent Ms. Flores intends to file an amended complaint to include additional facts about her FLSA and wrongful discharge claims, she must file an Amended Complaint on or before June 12, 2026.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.